# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO ROJAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF EL MONTE; DETECTIVE CARLOS MOLINA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01836-AB-MAR<br><br>[~~Proposed~~] **JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion for Summary Judgment is **GRANTED**; and
2. The action is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: September 22, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1